

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN 11, TEXAS

WILL WILSON
ATTORNEY GENERAL

April 23, 1958

Dr. Raleigh R. Ross, M.D.  Opinion No. WW-418
Chairman, Board for Texas State
 Hospitals and Special Schools Re: Whether Attorney Gener-
Austin, Texas        al's Opinion WW-376 (1958)
             is applicable to the posi-
             tion of Director of Mental
             Health and Hospitals for
             the Texas State Hospitals
Dear Dr. Ross:       and Special Schools.

    Your letter of April 17, 1958, relates that the Board
for Texas State Hospitals and Special Schools desires to supple-
ment the salary of the Director of Mental Health and Hospitals.
The proposed supplementation would be in the amount of $5000.00
per year and be derived from gifts and grants made to the Board
by a Texas Charitable Foundation. Your letter further relates
that at least 20% of the Director's time will be devoted to the
program of planning, establishing, staffing and operating the
research, training and out-patient facilities provided for in
the current Biennial Appropriation Act. While it has no bear-
ing upon the legal question before us, you have stated that the
Board does not, at the present time, plan to supplement the sal-
ary of the Executive Director of the Board, with which opinion
WW-376 (1958) was concerned, but in lieu thereof, desires to
supplement the salary of the Executive Director of Mental Health
and Hospitals.

    As we pointed out in our opinion WW-376 (1958), the
current Biennial Appropriation Act authorizes your Board to ac-
cept any gifts, grants or donations for the maintenance and
operation of research facilities or out-patient clinics, and
appropriates all such funds for the purposes for which the donor
stipulates. (Acts, 55th Leg., R.S., 1957, Ch. 385, p. 907).
Section 8 of Article 693, Vernon's Civil Statutes, grants the
Board general authority to take and hold in trust any gift and
to apply the same as the donor or devisor may direct.

    In view of the circumstances, it is not necessary for
us to review in detail our opinion WW-376. While this opinion
was limited to the position of Executive Director, the princi-
ples and conclusion announced therein are equally applicable to
the position of Director of Mental Health and Hospitals.

You are accordingly advised that your Board is authorized to supplement the salary of Director of Mental Health and Hospitals in the same manner and subject to the same conditions announced in Attorney General's Opinion WW-376 (1958), applicable to the position of Executive Director.

## SUMMARY

The Board for Texas State Hospitals and Special Schools is authorized to supplement the salary of the Director of Mental Health and Hospitals in the same manner and subject to the same conditions set forth in Attorney General's Opinion WW-376 (1958), applicable to the position of Executive Director.

Yours very truly,

WILL WILSON
Attorney General of Texas

By Leonard Passmore
Leonard Passmore
Assistant

LP:pf:wb

APPROVED:

OPINION COMMITTEE

J. C. Davis, Jr., Chairman
J. Mark McLaughlin
Mary K. Wall

REVIEWED FOR THE ATTORNEY GENERAL

BY: W. V. Geppert